Mr. Abel Acosta. Clerk
Court of Criminal Appeals of Texas
Capitol Station
P.O. Box 12308
Austin, Texas 78711-2308

37,362-01

Dear Sir,

Please send me the filing numbers of the 11.07 Writ of Habeas Corpus that was filed in 1996-97... The State Habeas Trial Court # Also the Court of Criminal Appeals Writ #... Your time in this matter is greatly appreciated...

Sincerly,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Timothy Poole 490715
Allred Unit
2101 fm 369 N.
Iowa Park, TX 76367